IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN A. TAPP,<br><br>　　　Plaintiff,<br><br>v.<br><br>ROB JEFFREYS,<br><br>　　　Defendant. | Case No. 21-CV-00396-SPM |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

　　**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of April 3, 2024 (Doc. 39), this action is **DISMISSED with prejudice**.

**DATED: April 3, 2024**

　　　　　　　　　　　　　　　　　　MONICA A. STUMP,
　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　　　By: *s/ Jackie Muckensturm*
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk


**APPROVED:** *s/ Stephen P. McGlynn*
　　　　　　　　STEPHEN P. MCGLYNN
　　　　　　　　U.S. District Judge